IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SAMUEL YERGLER and NICHOLAS HOLLOWS,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF EUGENE,<br><br>        Defendant. | Case No. 6:23-cv-01545-MC<br><br>JUDGMENT |

MCSHANE, Judge:

    Based on the record, judgment is entered in favor of Defendant. This matter is closed.

    IT IS SO ORDERED.

    DATED this 24th day of January 2025.

                                                                           s/Michael J. McShane
                                                                   Michael J. McShane
                                                              United States District Judge