UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMUEL YERGLER and NICHOLAS HOLLOWS, | No. 25-953 |
| Plaintiffs - Appellants, | D.C. No. 6:23-cv-01545-MC |
| v. | District of Oregon, Eugene |
| CITY OF EUGENE, | MANDATE |
| Defendant - Appellee, | |
| ERIC EASON, in his official capacity, ERIC HUBBARD, in his official capacity, CRAIG CARNAGEY, in his official capacity, | |
| Defendants. | |

The judgment of this Court, entered May 11, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT