Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR  97401
Telephone: 541-687-9180
        Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SAMUEL YERGLER and NICHOLAS HOLLOWs,

        Plaintiffs,

        v.

CITY OF EUGENE,

        Defendant.

Case No. 6:23-cv-1545-MC

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff respectfully requests that the Court extend the deadline for plaintiff's Amended Complaint, from the current deadline of August 14 to September 14, 2026. Defendant does not oppose this request. The reason for the request is that undersigned counsel will be out of office for her daughter's wedding from August 3 through 12, has a brief in another case due August 28, and will therefore not have adequate time to prepare the Amended Complaint by the August 14 filing deadline.

Plaintiff submits that there is good cause for granting the requested one-month extension of time, especially as it is unopposed.

Page  1  - PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Respectfully submitted July 29, 2026.

                                   s/Marianne Dugan
                              Marianne Dugan, OSB # 932563
                              Email: mdugan@cldc.org
                              CIVIL LIBERTIES DEFENSE CENTER
                              1711 Willamette Street Ste 301 # 359
                              Eugene, OR  97401
                              Telephone:  541-687-9180
                                     Attorney for Plaintiffs

Page  2  - PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME