**Ben Miller, OSB #074690**
**BMiller@eugene-or.gov**
Eugene City Attorney's Office
500 East 4th Avenue, Suite 301
Eugene, OR 97401
Telephone: (541) 682-8447
Facsimile: (541) 682-5414

Of Attorneys for Defendant City of Eugene

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **SAMUEL YERGLER** and **NICHOLAS HOLLOWS**,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF EUGENE,**<br><br>Defendant. | Case No: 6:23-cv-01545-MC<br><br>**DEFENDANT CITY OF EUGENE'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF PRETRIAL AND DISCOVERY DEADLINES** |

**LR 7-1(a) CERTIFICATION**

Counsel for defendant certifies he has conferred with plaintiffs' attorney Marianne Dugan regarding this motion and the deadlines set forth below, and counsel joins in requesting to extend these deadlines as described.

**MOTION**

The parties move the Court to extend deadlines as set forth below. The parties propose the following schedule:

| **Deadline** | **Proposed Deadline** |
|---|---|
| Complete all fact discovery | February 19, 2027 |
| File all pretrial and discovery motions | February 19, 2027 |
| File dispositive motions | March 22, 2027 |

| | |
|---|---|
| File Joint ADR Report | March 22, 2027 |
| File proposed pretrial order | 45 days after a decision on dispositive motions, or by April 21, 2027, whichever is later |
| Disclose case-in-chief expert witnesses and produce case-in-chief expert witness reports | 30 days after a decision on dispositive motions, or by April 21, 2027, whichever is later |

Wherefore, the parties request the Court grant this unopposed motion and extend the deadlines as requested.

DATED this 13th day of October, 2026.

**CITY OF EUGENE**

By: s/ Ben Miller

Ben Miller, OSB #074690
BMiller@eugene-or.gov
Telephone: (541) 682-8447
Facsimile: (541) 682-5414

Of Attorneys for Defendant City of Eugene

## CERTIFICATE OF SERVICE

I certify that on this 13th day of October, 2026, I served or caused to be served a true and complete copy of the foregoing **DEFENDANT CITY OF EUGENE'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF PRETRIAL AND DISCOVERY DEADLINES** on the party or parties listed below as follows:

**X** Via CM / ECF Filing

______ Via First Class Mail, Postage Prepaid

______ Via Email

Marianne Dugan
Civil Liberties Defense Center
1711 Willamette St., Ste. 301 #359
Eugene, OR 97401

Attorney for Plaintiffs

**CITY OF EUGENE**

By: s/ Ben Miller
Ben Miller, OSB #074690
BMiller@eugene-or.gov
Telephone: (541) 682-8447
Facsimile: (541) 682-5414

Of Attorneys for Defendant City of Eugene